# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JUAN PABLO BELTRAN-MARTINEZ, <br><br> Defendant. | Case No. 2:24-mj-6752 <br><br> ORDER OF DETENTION <br><br> [Fed. R. Crim. P. 32.1(a)(6); <br> 18 U.S.C. § 3143(a)(1)] |

    On November 12, 2024, Defendant Juan Pablo Beltran-Martinez made his initial appearance on the petition for revocation of supervised release and warrant for arrest. The Office of the Federal Public Defender, by Hannah Bogen, was appointed to represented him. The government was represented by Assistant U.S. Attorney Ayln Kuzucan.

    Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that:

A.   ☒   Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)].  This finding is based on:

The allegations in the Petition, including that Mr. Beltran-Martinez traveled to Mexico five times without authorization. In partial mitigation, Mr. Beltran-Martinez indicates he traveled to address time-sensitive medical needs of his mother. Still, the repeated nature of the violations reflects a concerning failure to follow court orders. Based on these facts, and even though Mr. Beltran-Martinez has ties to this District and the support of his family, the Court believes conditions cannot be set that would adequately mitigate the risk of his nonappearance.

B.   ☐   Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)].  This finding is based on:

*Given the finding above, the Court need not address dangerousness.*

IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: November 12, 2024

_____
BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE

2